JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STANLEY BARGER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 14-01104 BRO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition as Time-barred.

DATED: April 28, 2014

　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE